# Invoice



| Invoice # | 3287.1 |
|---|---|

3176 Pullman Street - Suite 123
Costa Mesa - CA 92626

| Date | 8/8/2013 |
|---|---|

**Plaintiff**

Brent E. Pelton
PELTON & ASSOCIATES, PC
111 Broadway, Suite 1503
New York, NY 10006

**Defense**

Allen B. Roberts
EPSTEIN BECKER & GREEN
250 Park Ave.
New York, NY 10177

www.simpluris.com

accounting@simpluris.com

| Case Name | Terms | Due Date |
|---|---|---|
| Ack v ManhattanBeer | Due on receipt | 8/8/2013 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Case Name: Ack v. Manhattan Beer Distributors, LLC - Settlement<br>Mailing Date: 8/8/13 | | |
| | Upfront portion of fees - Case Setup and Notification (to be paid at time of mailing) | 4,135.08 | 4,135.08 |

Thank you for your business.

Please make checks payable to Simpluris, Inc.
Attention: Accounts Receivable

| **Total** | $4,135.08 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $4,135.08 |

# Invoice


**simpluris**
Class Action Settlement Administration

| Invoice # | 3287 |
|---|---|

3176 Pullman Street - Suite 123
Costa Mesa - CA 92626

| Date | 8/8/2013 |
|---|---|

**Plaintiff**

Brent E. Pelton
PELTON & ASSOCIATES, PC
111 Broadway, Suite 1503
New York, NY  10006

**Defense**

Allen B. Roberts
EPSTEIN BECKER & GREEN
250 Park Ave.
New York, NY  10177

**www.simpluris.com**

**accounting@simpluris.com**

| Case Name | Terms | Due Date |
|---|---|---|
| Ack v ManhattanBeer | Special | 11/15/2013 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Case Name:  Ack v. Manhattan Beer Distributors, LLC - Settlement<br>Mailing Date:  8/8/13 |  |  |
| 1 | Fixed Amount/Flat Fee - Case Setup, Notification, Call Center, Claims Administration, Distribution, and Case Wrap Up | 16,000.00 | 16,000.00 |
|  | Less upfront portion (Case Setup and Notification) billed separately (Inv #3287.1) | -4,135.08 | -4,135.08 |

Thank you for your business.

Please make checks payable to Simpluris, Inc.
Attention:  Accounts Receivable

| | |
|---|---|
| **Total** | $11,864.92 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $11,864.92 |