IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAWN ACK, MAYNOR HODGSON, JORGE PERALTA, and VIRGILIO REYNA, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>-against-<br><br>MANHATTAN BEER DISTRIBUTORS, INC., MANHATTAN BEER DISTRIBUTORS, LLC, and SIMON BERGSON, Jointly and Severally,<br><br>                Defendants. | ECF Case<br><br>11 Civ. 5582 (CBA)(SMG) |

## NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that, upon the following declaration of Brent E. Pelton, Esq. and all pleadings and supporting materials filed herein, Plaintiffs hereby move this Court for an order granting final approval of the settlement reached by the parties in this action as embodied in their Settlement Agreement.

Attached hereto as Exhibit "A" please find plaintiff's [PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT.

PLEASE TAKE FURTHER NOTICE that the motion will be heard at 225 Cadman Plaza East, Brooklyn, New York 11201 in the courtroom of the Honorable Steven M. Gold., United States Magistrate Judge at the Court-ordered Fairness Hearing on Friday, September 27, 2013 at 2:00 P.M.

Dated: New York, New York
       September 20, 2013

        Respectfully submitted,

        PELTON & ASSOCIATES, PC

        By:    /s/*Brent E. Pelton*
        Brent Pelton [BP-1055]
        Taylor Graham [TG 9607]
        111 Broadway, Suite 1503
        New York, New York 10006
        Telephone: (212) 385-9700
        Facsimile:  (212) 385-0800

        *Attorneys for Plaintiffs and the class*