# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | September 27, 2013 |
| **TIME:** | 2:00 P.M. |
| **DOCKET NUMBER:** | CV-11-5582 (SMG) |
| **NAME OF CASE:** | ACK ET AL V. MANHATTAN BEER DISTRIBUTORS, INC. ET AL |
| **FOR PLAINTIFF(S):** | Pelton, Graham & Albertson |
| **FOR DEFENDANT(S):** | Roberts |
| **NEXT CONFERENCE(S):** | (See Rulings Below) |

**RULINGS FROM CIVIL HEARING:**

The joint motion of the parties for final approval of their class action settlement is granted for reasons stated on the record.

(**FTR 2:04-2:23**)